ACCEPTED
01-15-00316-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/23/2015 11:09:29 AM
CHRISTOPHER PRINE
CLERK

**Court of Appeals No. 01-15-00316-CR**
**Trial Court Case No. 1976709**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/23/2015 11:09:29 AM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| **HERMAN WHITFIELF** | **IN THE COURT OF APPEALS** |
| **VS.** | **FIRST DISTRICT OF** |
| **HERMAN WHITFIELD** | **HOUSTON, TEXAS** |

## MOTION TO WITHDRAW
## AS ATTORNEY OF RECORD

CHARLIE C. WILLIAMS ask the court to allow him to withdraw as attorney for Appeallant, Herman Whitfield.

There is good cause for this court to grant the Motion to Withdraw because Attorney is unable to effectively communicate with the Appellant.

CHARLIE C. WILLIAMS has delivered a copy of this motion to Whitfield. and has notified him of his right to object to the motion.

HERMAN WHITFIELD consents to this Motion to Withdraw.

HERMAN WHITFIELD'S last known address is 4512 Perry, Houston, Texas.

For these reasons, CHARLIE C. WILLIAMS, ask this court to grant his Motion to Withdraw.

_____
Herman Whitfield

Respectfully Submitted,

CHARLIE C. WILLIAMS
SBN 21518300
5326 W. Bellfort, Suite 212
Houston, Texas 77035
Tel: (713) 721-6723
Fax: (713) 723-6730

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this MOTION TO WITHDRAW was sent by Hand delivery to, HERMAN WHITFIELD, Defendant; and to Assistant District Attorney at Criminal District Courts, 1201 Franklin, Houston, Texas 77002, this 23rd day of April, 2015.

CHARLIE C. WILLIAMS